IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 00-cr-00439-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DWIGHT E. HERRERA;
2.     LIONEL AMOS;
3.     ERIC AMOS;
**4.     CHRISTOPHER HOLYFIELD;**
5.     HARVEY CASTEEL;
6.     WALLACE RAYMOND CROOKS;
7.     ROBERT E. DAVIS;
8.     DAMEON MOORE,
      a/k/a Damien Moore;
9.     CHRISTIAN JONES;
10.    MICHAEL TROY SMITH;
11.    DAVID ABNEY, SR.;
12.    TYRONE CARPENTER;
13.    PAMELA DIXON;
14.    LATICIA HOUSTON;
15.    JAMES E. LEE;
16.    DENISE E. KING;
17.    CEDRIC WILLIAMS;
18.    ALTONESE OLIVER;
19.    RACHEL OLIVER;
20.    JERRY MASCARENAS,

       Defendants.

**ORDER**

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

**ORDERED** that on or before <u>November 21, 2008</u>, the United States Attorney shall file

an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated this 30th day of September, 2008

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge