IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00439-MSK-MEH-4
(Civil Action No. 08-cv-02039-MSK)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER HOLYFIELD,

    Defendant.

_____

# FINAL JUDGMENT
_____

Pursuant to and in accordance with the Opinion and Order Overruling Objections and Adopting Recommendation entered by the Honorable Marcia S. Krieger on April 6, 2011, the following Final Judgment is hereby entered:

It is ORDERED that Defendant Holyfield's Motion to Vacate, Set Aside, or Correct his Sentence (#1854) is DENIED and the Court DECLINES to issue a Certificate of Appealability.

Dated at Denver, Colorado this ___7th___ day of April, 2010.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK

                By: s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk